**FILED**

08/10/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0299

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA 22-0299

JAIMI L. ESPY,

          Plaintiff and Appellant,

vs.

BRIAN A. LAGRECA, MD,

          Defendant and Appellee.

**ORDER**

Pursuant to MRAP 26(1), counsel for Plaintiff-Appellant Jaimi L. Espy is given an extension of time until September 12, 2022, in which to prepare, file, and serve Plaintiff-Appellant Jaimi L. Espy's opening brief in this matter.

Dated this _____ of August, 2022.

For the Court,

By_____

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 10 2022